BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

RAJA I. MOSTAFA

       Plaintiffs,

  v.

PATRICK R. DONAHUE,

    Postmaster General, United
    States Postal Service,

    Defendants

CASE NO.  2:13-cv-00871-JAM-CKD

**STIPULATION AND ORDER TO ALTER OR AMEND SCHEDULING ORDER**

Pursuant to Local Rule 143, the parties hereby stipulate to amend the Scheduling Order (Dkt. No. 11) to move the trial date and related pre-trial dates as set forth below. Lead counsel for the United States is also lead counsel in a 2011 case which the district judge, *sua sponte*, re-set for January 26, 2015—the same date as the trial in this matter. Discovery and dispositive motions are complete in the other matter, and there is nothing left except for the pretrial disclosures and trial itself. Thus, the parties wish to move this trial to April 6, 2015, so that it no longer conflicts with the other trial.

WHEREFORE, the parties hereby stipulate to change the schedule as follows:

| **Event** | **Current Date** | **Proposed New Date** |
|---|---|---|
| Dispositive Motion Filing | September 17, 2014 | October 8, 2014 |
| Dispositive Motion Hearing | October 15, 2014 | November 5, 2014 |
| Joint Pretrial Statement | November 28, 2014 | February 25, 2015 |
| Pretrial Conference | December 12, 2014 | March 4, 2015, at 4:00 p.m. |
| Trial | January 26, 2015, at 9:00 a.m. | April 6, 2015, at 9:00 a.m. |

**STIPULATION AND PROPOSED ORDER TO ALTER SCHEDULE**      1

All other dates will remain as currently set forth in the Court's Pretrial Scheduling Order (Dkt. No. 11).

Respectfully Submitted,

DATED: July 31, 2014                         LAW OFFICES OF WASZHMA MOJADDIDI

                                             By      */s/ Wazhma Mojaddidi*_____
                                                   WAZHMA MOJADDIDI
                                                   Attorney for Plaintiff


DATED: July 31, 2014                         BENJAMIN B. WAGNER
                                             United States Attorney

                                             By:    */s/ Gregory T. Broderick*___
                                                   GREGORY T. BRODERICK
                                                   Assistant United States Attorney

## **ORDER**

   IT IS SO ORDERED.


Date:  7/31/2014                             /s/ John A. Mendez_____
                                             United States District Court Judge

**STIPULATION AND PROPOSED ORDER TO ALTER SCHEDULE**                                 2